UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE TEODORO DE MORAIS NETO, | CASE NO. 2:26-cv-01496-JHC |
| Petitioner, | ORDER |
| v. | |
| WARDEN, NORTHWEST ICE PROCESSING CENTER; FIELD OFFICE DIRECTOR, SEATTLE FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; and ATTORNEY GENERAL OF THE UNITED STATES, | |
| Respondents. | |

This matter comes before the Court on Jose Teodoro De Morais Neto's emergency motion for a temporary restraining order (TRO) and motion to appoint counsel.  Dkt. ## 12, 14.

The TRO motion requests an order preventing the government from removing him from the United States during the pendency of his habeas petition (Dkt. # 4) and appeal to the Bureau of Immigration Appeals (BIA).  *See* Dkt. # 12 at 2.  But the Court has now denied his habeas petition.  Dkt. # 8.  And the pendency of the BIA appeal does not provide this Court a basis to issue the relief he requests.  In addition, Petitioner has not complied with the requirements to

ORDER - 1

bring a TRO. *See* Fed. R. Civ. P. 65(b); LCR 65(b). Nor has Petitioner made any of the showings required to justify the grant of a TRO. *See Stormans, Inc. v. Selecky*, 586 F.3d 1109, 1127 (9th Cir. 2009) (citing *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008)) (describing substantive requirements for a preliminary injunction, which are the same for a TRO).[1]

For the reasons above, the Court DENIES the TRO motion. Dkt. # 12. The Clerk is DIRECTED to strike as moot the motion to appoint counsel at Dkt. # 14.

Dated this 28th day of May, 2026.

John H. Chun
United States District Judge

---

[1] The standard for issuing a TRO is the same as the standard for issuing a preliminary injunction. *Juarez v. Asher*, 556 F. Supp. 3d 1181, 1186 (W.D. Wash. 2021) (citing *New Motor Vehicle Bd. of Cal. v. Orrin W. Fox Co.*, 434 U.S. 1345, 1347 n.2, 98 (1977)).

ORDER - 2