UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE TEODORO DE MORAIS NETO, | CASE NO. 2:26-cv-01496-JHC |
| Petitioner, | ORDER |
| v. | |
| WARDEN, NORTHWEST ICE PROCESSING CENTER; FIELD OFFICE DIRECTOR, SEATTLE FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; and ATTORNEY GENERAL OF THE UNITED STATES, | |
| Respondents. | |

This matter comes before the Court on Jose Teodoro De Morais Neto's emergency motion for a temporary restraining order (TRO) and stay of removal. Dkt. # 17. Petitioner has also filed an "Emergency Notice of New Removal-Related Event and Renewed Request for Temporary Restraining Order and Stay of Removal," Dkt. # 18 (which is largely duplicative of the TRO), and a second reply to Respondents' return (Dkt # 6) to his habeas petition, Dkt. # 9.

First, the Clerk is DIRECTED to strike the second reply brief at Dkt. # 9. The scheduling order entered by the Court permitted Respondent to file a return and Petitioner to file a traverse; it did not permit any additional briefing. See Dkt. # 2 at 2. Additional briefs are not permitted

ORDER - 1

unless authorized by the Court.  *See Adamson v. Pierce Cnty.*, 2024 WL 2723813, at *1 n.1 (W.D. Wash. May 28, 2024), *aff'd sub nom. Adamson v. Pierce Cnty. Mun.*, 2025 WL 2181026 (9th Cir. Aug. 1, 2025) ("Parties wishing to file additional briefing must obtain leave from the Court to do so.").  Petitioner has not obtained leave from the Court to file the additional reply brief.

Second, the renewed TRO motion presents the same arguments as the earlier TRO motion at Dkt. # 12, which the Court denied.  For the reasons contained in the pertinent order at Dkt. # 16 at 2, this renewed TRO motion is DENIED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 3rd day of June, 2026.

John H. Chun
United States District Judge

ORDER - 2